UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WYATT EARL SHELLMON, ) | |
| ) | |
| Plaintiff, ) | No. CV-08-087-LRS |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| GOODALE & BARBIERI ) COMPANIES, ) | |
| ) | |
| Defendant. ) | |

      On April 22, 2008, this court filed an order (Ct. Rec. 8) directing the *pro se* Plaintiff to file a First Amended Complaint remedying specific deficiencies the court identified with regard to Plaintiff's original "complaint."

      On April 28, 2008, the Plaintiff filed what can only be described as a "statement" (Ct. Rec. 9), attached to which are exhibits Plaintiff asserts are "evidence" of racism on the part of Defendants. Plaintiff's "statement" is not a "First Amended Complaint" and it does not remedy the deficiencies this court previously identified.

      Accordingly, pursuant to Fed. R. Civ. P. 41(b), the captioned action is **DISMISSED without prejudice** for Plaintiff's failure to file a "First Amended Complaint" which complies with the Federal Rules of Civil Procedure, specifically Fed. R. Civ. P. 8(a) and 10(b).

**//**

**ORDER OF DISMISSAL-     1**

1  **IT IS SO ORDERED**.  The District Executive shall forward a copy of this
2  order to Plaintiff and **CLOSE** this file.
3       **DATED** this __22nd__ of May, 2008.

                          *s/Lonny R. Suko*
                          LONNY R. SUKO
                    United States District Judge

**ORDER OF DISMISSAL-**    2